# United States District Court
## District of Maryland

RECEIVED
U.S. MARSHALS
GREENBELT, MARYLAND
2007 JUN 14 A 9:50

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | |
| Thomas A. Minto | Case No. PJM 07-CR-0256 |

**TO:** The United States Marshal and any Authorized United States Officer

07-367-M-01  **FILED**
JUL 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY COMMANDED to arrest _Thomas A. Minto_ and bring him/her forthwith to the nearest magistrate judge to answer a(n):

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him/her with *(brief description of offense)*:

Impersonation of a Federal Officer

in violation of Title _18_ United States Code, Section(s) _912_

| Felicia C. Cannon | Clerk, U.S. District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | June 14, 2007     Greenbelt, Maryland |
| (By) Deputy Clerk | Date and Location |
| Bail fixed at _No Recommendation_ | by William Connelly   United States Magistrate Judge |
| | Name of Judicial Officer |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received 07/18/07 | Name and Title of Arresting Officer D.L. BALDWIN SDUSM - USMS | Signature of Arresting Officer *(signature)* |
|---|---|---|
| Date of Arrest 07/18/07 | | |

U.S DISTRICT COURT (Rev 12/98)

07-367-M-01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA         :

   v.                            :   CRIMINAL NO. PJM 07 CR 0256

THOMAS A. MINTO                  :
                              ...oOo...

                                                        **FILED**
MR. CLERK:
                                                        JUL 19 2007
      Please issue a Bench Warrant for the arrest of the above-named defendant who is charged by Indictment with violation of Title 18, United States Code, Sections 912, and who may presently be residing in Montgomery County, Maryland.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

                                    Rod J. Rosenstein
                                    United States Attorney

____FILED ____ENTERED
____LODGED ____RECEIVED           By: *Michele W. Sartori*
                                    Michele W. Sartori
   JUN 13 2007                      Assistant United States Attorney

   AT GREENBELT
CLERK U.S. DISTRICT COURT
  DISTRICT OF MARYLAND
BY_____DEPUTY      **ORDER**

It is this ___13th___ day of June, 2007, hereby

ORDERED, that a Bench Warrant be issued for the arrest of the above-named defendant as prayed.

                                    _____
                                    Magistrate Judge
                                    U.S. District Court for the
                                    District of Maryland

MWS USAO 2006R00771

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA        *
                                *
        v.                      *   CRIMINAL NO. PJM 07 CR 0256
                                *
THOMAS A. MINTO,                *   (Impersonation of a Federal Officer,
                                *    18 U.S.C. § 912)
        Defendant               *
                                *       _____ FILED   _____ ENTERED
                                *       _____ LODGED  _____ RECEIVED
                            *******

                                            JUN 1 3 2007

### INDICTMENT
                                         AT GREENBELT
                                    CLERK U.S. DISTRICT COURT
The Grand Jury for the District of Maryland charges that:    DISTRICT OF MARYLAND
                                                    BY_____ DEPUTY

In or about October and November 2006, in the District of Maryland and elsewhere, the defendant,

THOMAS A. MINTO,

falsely assumed and pretended to be an officer and employee acting under the authority of the United States and a department, agency, and officer thereof, to wit: the United States Navy, and acted as such.

18 U.S.C § 912

                                    Rod J. Rosenstein /mws
                                    Rod J. Rosenstein
                                    United States Attorney

A TRUE BILL:

Joanne Lauer
Foreperson

6/13/07
Date