**United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001**
Date: 7/30/07

FILED _____ ENTERED _____
LODGED _____ RECEIVED _____

JUL 3 1 2007

U.S. DISTRICT COURT
DISTRICT OF MARYLAND
_____ DEPUTY

Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court: United States District Court
6500 Cherrywood Lane Ste 200
Greenbelt, Md. 20770

RE: Thomas Minto 07-367M

FILED
AUG 0 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of the Court:

   Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

   X  Docket Sheet                          X   Warrant of Removal

   X  Indictment                                Order of Removal

      Minute Order Appointing Counsel          Detention Order

      Corporate Surety Bond                X   Waiver of Removal

      Personal Surety Bond

   X  Other- Blotter dated 7/23/07


   Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                    Sincerely yours,

                                    Nancy Mayer-Whittington,
                                    Clerk of the Court

                                    By: _____
                                         Deputy Clerk